# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00538-GSA PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

　　　　Plaintiff Lafayette Cade ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Duran, Hoffman, Tinajero, Mendenhall, Mattingly, Kevorkian, Chalabian, Yates, Spearman, Trimble, Brazelton, Shannon, Woodford, Corley, Steele, Smith, Kuhn, Nelson, Galindo, and Pleasant Valley State Prison ("Defendants") removed this action from Fresno County Superior Court on March 19, 2009. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

///
///
///
///

1

| | |
|---|---|
| 1 | Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** |
| 2 | to file a response to the complaint, to commence upon issuance of the screening order. |

IT IS SO ORDERED.

**Dated:   March 25, 2009**              _____/s/ Gary S. Austin_____
                                                              UNITED STATES MAGISTRATE JUDGE