# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00538-OWW-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 10) |

Plaintiff Lafayette Cade is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. On March 19, 2009, Defendants Duran, Hoffman, Tinajero, Mendenhall, Mattingly, Kevorkian, Chalabian, Yates, Spearman, Trimble, Brazelton, Shannon, Woodford, Corley, Steele, Smith, Kuhn, Nelson, Galindo, and Pleasant Valley State Prison removed the action to this court. 28 U.S.C. § 1441(b).

On October 14, 2009, the Magistrate Judge dismissed Plaintiff's complaint for failure to comply with Federal Rule of Civil Procedure 8(a), and for to state any claims upon which relief may be granted under section 1983. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was ordered to file an amended complaint within thirty days, and on November 19, 2009, Plaintiff was granted thirty-day extension of time. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:** February 2, 2010            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE